UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRUCE FOODS CORPORATION** | * | CIVIL ACTION NO.: 07-cv-00969 |
| | * | |
| **VERSUS** | * | DIVISION: JOHN V. PARKER |
| | * | |
| **BALL CORPORATION and** | * | MAGISTRATE: NOLAND |
| **BALL METAL FOOD CONTAINER** | * | |
| **CORP.** | * | |
| * * * * * * | * | |

## O R D E R

Considering the foregoing Joint Stipulation of Dismissal with Prejudice;

The above entitled and captioned matter is hereby dismissed, with prejudice, all parties to bear their own costs and attorneys' fees.

Baton Rouge, Louisiana this 8th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE